## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

| | | |
|---|---|---|
| Tracy Porchea, | ) | Civil Action No. 2:15-2783-RMG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Google, Inc.; Whiting-Turner Contracting | ) | |
| Company; Cleveland Electric Company; | ) | |
| *and* Allison-Smith Company LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the Court on the Report and Recommendation of the Magistrate Judge, recommending this action be dismissed with prejudice for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. This action was filed on July 15, 2015, asserting a claim under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000(e), *et. seq.* (Dkt. No. 1.) Plaintiff was originally represented by counsel; however, on May 4, 2016 Plaintiff's counsel filed a motion to be relieved, citing irreconcilable differences between counsel and Plaintiff. (Dkt. No. 53.) Plaintiff was served with a copy of the motion; however, no response or objection was filed. Counsel's motion was granted on June 28, 2016, and Plaintiff was provided thirty days to obtain new counsel. (Dkt. No. 64.) Plaintiff never responded to that Order, so on August 3, 2016 an Order was entered advising Plaintiff that this case was now proceeding with her representing herself pro se, and setting forth amended scheduling deadlines. (Dkt. No. 71.) That Order was returned to the Clerk on August 12, 2016 as undeliverable mail. (Dkt. No. 74.) Because Plaintiff failed to respond to previous motions and orders in this case, which were not returned as undeliverable, and because Plaintiff now is no longer at her only known address, or is refusing her mail, the Magistrate Judge recommended this action be dismissed, with prejudice, in accordance

with Rule 41(b) of the Federal Rules of Civil Procedure. The Court agrees, and therefore **ADOPTS** the Report and Recommendation of the Magistrate Judge (Dkt. No. 75) as the Order of the Court and **DISMISSES** this action.

    **AND IT IS SO ORDERED.**

Richard Mark Gergel
United States District Court Judge

September 13, 2016
Charleston, South Carolina